# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00243-CV

**Oscar Omar Sosa, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-FM-09-006532, HONORABLE SUSAN D. SHEPPARD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Oscar Omar Sosa's appellant's brief is overdue.  The brief was due to be filed January 10, 2011.  By letter dated January 28, 2011, this Court's clerk notified appellant that his brief was late and that failure to file a brief, motion, or explanation by February 7, 2011 could result in this appeal being dismissed for want of prosecution.  No brief, motion, or other document has been filed.  We dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   March 24, 2011